Michael G. Woods, # 58683
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF FRESNO, KENNETH TANIGUCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ CRIEGO,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUCHI,<br><br>                    Defendants. | Case No.  1:09:CV:01287 OWW JLT<br><br>**STIPULATION TO CONTINUE DATE OF SETTLEMENT CONFERENCE HEARING**<br><br>Complaint Filed:   July 22, 2010 |

   Plaintiff FRANZ CRIEGO ("Plaintiff") and Defendants COUNTY OF FRESNO and KENNETH TANIGUCHI (collectively referred to as "Defendants") hereby stipulate to continue the Settlement Conference presently set for hearing before Magistrate Judge Jennifer Thurston in Bakersfield on January 5, 2011 at 10:30 to February 9, 2011 at 10:00 a.m. before Magistrate Thurston, due to the fact that Mr. Woods, counsel for Defendants, will be out of the country on a pre-paid vacation on January 5, 2011.

   IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 16, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:  /s/ Michael G. Woods<br>Michael G. Woods<br>Attorneys for Defendants<br>COUNTY OF FRESNO and KENNETH TANIGUCHI |
| Dated: December 16, 2010 | EMERSON, COREY, SORENSON, CHURCH & LIBKE |
| | By:  /s/ Rayma Church<br>Rayma Church<br>Attorneys for Plaintiff, FRANZ CRIEGO |

**ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiff and Defendants, and good cause appearing therefor, it is hereby ORDERED that the Settlement Conference now set for January 5, 2011 at 10:30 a.m. will be continued to **February 7, 2011 at 1:30 p.m.** before Magistrate Judge Jennifer Thurston, in Courtroom 6 at the United States District Court in Fresno, California.

IT IS SO ORDERED.

Dated:  **December 20, 2010**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

29253/00175-1661140.v1