1  Rayma Church, No. 154897
   LAW OFFICES OF
2  **EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
3  2520 WEST SHAW LANE, SUITE 102
   FRESNO, CALIFORNIA 93711-2765
   Telephone: (559) 432-7641
4  Facsimile:   (559) 432-7639
   rchurch@lawecs.com
5  Attorneys for Plaintiff, Franz Criego

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ CRIEGO<br><br>        Plaintiff,<br>    vs.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>        Defendants. | Case No.:  1:09-cv-01287-OWW-SMS<br><br>**ORDER ON STIPULATION TO CONTINUE PRETRIAL CONFERENCE**<br><br><br><br>TRIAL DATE:  June 21, 2011 |

The Court, having considered the party's Stipulation that the Pretrial Conference be continued from April 25, 2011 to May 9, 2011 at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **April 12, 2011**             **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE