Michael G. Woods, # 58683  (SPACE BELOW FOR FILING STAMP ONLY)
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
COUNTY OF FRESNO, KENNETH TANIGUCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ CRIEGO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, KENNETH TANIGUCHI,<br><br>　　　　Defendants. | Case No.  1:09-CV-01287 OWW JLT<br><br>**ORDER ON DEFENDANTS' MOTIONS IN LIMINE**<br><br>Trial:　　　　　June 21, 2011<br>Complaint Filed:　July 22, 2010 |

　　　　The Motions in Limine of Defendants, COUNTY OF FRESNO and KENNETH TANIGUCHI, came on for hearing June 3, 2011 before the Honorable Oliver W. Wanger. Rayma Church appearing on behalf of Plaintiff, FRANZ CRIEGO, and Michael G. Woods appearing on behalf of Defendants.  The following rulings were made:

　　　　1.　　Defendants' Motion in Limine No. 1: Motion Prohibiting Mention of Settlement Offers.

　　　　The Motion is granted.

　　　　2.　　Defendants' Motion in Limine No. 2:  Motion to Exclude All Witnesses Not Testifying From The Courtroom During Trial.

　　　　The Motion is granted.  The parties and a trial assistant may be present in the courtroom.  Witnesses are ordered not to discuss each other's testimony during the trial.

3. <u>Defendants' Motion in Limine No. 3:</u>  Motion To Exclude Testimony Of Any Witness Not Timely Disclosed During Discovery.

The Motion is granted.

4. <u>Defendants' Motion in Limine No. 4:</u>  Motion To Exclude Evidence Not Previously Disclosed Or Identified By Plaintiff In Discovery.

The Motion is granted and applies to both parties.

5. <u>Defendants' Motion in Limine No. 5:</u>  Motion To Exclude Any Reference To The Location, Size Or Number Of Members Of A Law Firm.

The Motion is granted.

6. <u>Defendants' Motion in Limine No. 6:</u>  Motion To Exclude Evidence Of Alleged Discriminatory Conduct Occurring More Than 300 Days Before Plaintiff Filed His DFEH/EEOC Complaint.

The Motion is denied.  The evidence may be offered by Plaintiff to show a discriminatory racial hostile environment but not as a basis for compensation.

7. <u>Defendants' Motion in Limine No. 7:</u>  Motion To Exclude Any Argument That The Jury Should Calculate Damages Based On Their Personal Feelings.

The Motion is granted.

8. <u>Defendants' Motion in Limine No. 8:</u>  Motion To Exclude Reference To Acts Which Occurred Outside The Statute Of Limitations.

The Motion is denied without prejudice.

9. <u>Defendants' Motion in Limine No. 9</u>:  Motion To Exclude All Claims For Which Plaintiff Has Failed To Exhaust Administrative Remedies.

There are no claims for which plaintiff seeks compensation which are outside the statute of limitations.  The motion is denied to the extent it attempts to preclude evidence of events that occurred prior to the statute of limitations.  That evidence may be admissible to show the nature and quality of the work environment.

10. <u>Defendants' Motion in Limine No. 10:</u>  Motion To Exclude Any Evidence Or Mention Of Alleged Acts Of Retaliation Or Discrimination That Were Not Reported By

Plaintiff Or Known To Any Supervisor Or Representative Of Defendants.

The Motion is granted.

11. <u>Defendants' Motion in Limine No. 11:</u>  Motion To Exclude Opinions, Feelings And Beliefs Regarding The Motivations For Employment Decisions.

The Motion is granted.

12. <u>Defendants' Motion in Limine No. 12:</u>  Motion To Exclude Any Evidence, Reference Or Mention Of A Lay Witnesses' "Opinion" Offered To Prove The Existence Of Discrimination, Harassment Or Retaliation.

The Motion is granted.

13. <u>Defendants' Motion in Limine No. 13:</u>  Motion To Limit Use Of Statistical Evidence To Prove Unlawful Discrimination.

The Motion is granted as modified.   **Census** evidence only is admissible.

14. <u>Defendants' Motion in Limine No. 14:</u>  Motion To Exclude Evidence Offered For The Purpose Of Comparing The Qualifications Of Applicants For Chief Position.

The Motion is granted but Defendants can offer evidence as to why Perring was promoted and plaintiff may cross examine him about his qualifications and testing the good faith and the validity of the supervisor's choice of Perring.

15. <u>Defendants' Motion in Limine No. 15:</u>  Motion To Exclude Any Reference, Mention Or Evidence Regarding Alleged Racist Comments Made By Former Public Defenders Charles Dreiling And George Cajiga.

The Motion is granted.

16. <u>Defendants' Motion in Limine No. 16:</u>  Motion To Exclude Evidence Of Any Previous Or Pending Lawsuit Filed By Plaintiff's Co-Workers.

The Motion is granted unless the subject is raised by Defendant.

17. <u>Defendants' Motion in Limine No. 17:</u>  Motion To Exclude Any Evidence Or Argument Regarding The Absence Of Similar Disciplinary Action Against Non-African American Workers.

The Motion is granted as modified.  Plaintiff cannot offer testimony on the subject

without first establishing a legally sufficient foundation for his testimony.

18. <u>Defendants' Motion in Limine No. 18:</u>  Motion To Exclude Evidence Or Any Reference To A Preference For Hispanic Employees.

The Motion is granted.

19. <u>Defendants' Motion in Limine No. 19:</u>  Motion To Exclude Any Mention Of, Reference To, Or Evidence Of A "Black Court."

The Motion is granted unless Defendant raises the issue.

20  <u>Defendants' Motion in Limine No. 20:</u>  Motion To Exclude Any Mention, Reference, Or Evidence Regarding Robert Delmare's Alleged Use Of The "N" Word.

The Motion is denied.

21. <u>Defendants' Motion in Limine No. 21:</u>  Motion To Exclude Any Mention, Reference Or Evidence Regarding Stacey Ruble's Alleged Use Of The "N" Word.

The Motion is denied.

22. <u>Defendants' Motion in Limine No. 22:</u>  Motion To Exclude Any Reference To "Spear Chucker" Remark.

The Motion is granted.

23. <u>Defendants' Motion in Limine No. 23:</u>  Motion To Exclude The Testimony Of Todd Mckenzie.

The Motion is granted.

24. <u>Defendants' Motion in Limine No. 24:</u>  Motion To Exclude The Testimony Of Kojo Moore.

The Motion is denied.  Mr. Moore cannot provide any opinions without first establishing a legally sufficient foundation for those opinions.

25. <u>Defendants' Motion in Limine No. 25:</u>  Motion To Exclude All Witness Statements And Summaries Of Interviews.

The Motion is granted.

26. <u>Defendants' Motion in Limine No. 26:</u>  Motion To Exclude Any Evidence Of Medical Treatment.

1    The Motion is granted.

2    27.    <u>Defendants' Motion in Limine No. 27:</u>  Motion To Exclude Evidence Or
3 Reference To Assignment Of" Dbls" Or Unfavorable Cases.

4    The Motion is granted as modified.  Plaintiff cannot offer any such opinions
5 without first establishing a legally sufficient foundation for the opinions.

IT IS SO ORDERED.

Dated:   **June 21, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE