Rayma Church, No. 154897
LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639
rchurch@lawecs.com
Attorneys for Plaintiff, Franz Criego

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZ CRIEGO<br><br>          Plaintiff,<br>    vs.<br><br>COUNTY OF FRESNO, KENNETH TANIGUICHI,<br><br>          Defendants. | Case No.:  1:09-cv-01287-OWW-SMS<br><br>**ORDER ON MOTIONS IN LIMINE**<br><br><br><br>TRIAL DATE:  June 21, 2011 |

The motions in limine of the Plaintiff came on for hearing June 3, 2011 before the Honorable Oliver W. Wanger. Rayma Church appearing on behalf of Plaintiff and Michael G. Woods appearing on behalf of Defendants. The following rulings were made:

1. **State Bar Action:** Plaintiff's motion to exclude all evidence relating to the State Bar disciplinary action is denied. Defendants may inquire of Plaintiff whether he is a licensed practicing attorney in California; whether there has been any action taken against his license. Defendant may inquire of Plaintiff whether it was for intentionally making a false report to a law enforcement agency regarding the alleged driving under the influence by another lawyer, but may not introduce evidence relating to the underlying facts and circumstances, unless Plaintiff should deny it.

2. **Media Accounts:** Plaintiff's motion to exclude media accounts relating to Plaintiff is granted.

///

3.     **Motor Vehicle Accident:**  Plaintiff's motion to exclude evidence relating to Plaintiff's involvement in a vehicle collision is granted.

4.     **Anonymous Email**:  Plaintiff's motion to exclude evidence relating to an anonymous email sent in February 2008 is granted.

5.     **Union Activity Email:**  Plaintiff's motion to exclude emails relating to union activity is granted without prejudice subject to introduction of a related matter by Plaintiff or as a matter of impeachment.

6.     **Sick Leave:**  Plaintiff's motion to exclude evidence relating to Plaintiff's use of sick leave is denied without prejudice.

7.     **Pre-2008 Acts, Conduct, etc:**  Plaintiff's motion to exclude pre-2008 conduct is denied.  Counsel are to give notice of any historical evidence.

8.     **Exclusion of Witnesses:**  Plaintiff's motion to exclude witnesses is granted.  The parties and a trial assistant may be present in the courtroom.  Further, witnesses are ordered not to discuss each other's testimony during the trial.

9.     **Motions in Limine:**  Plaintiff's motion to exclude reference to the filing of motions in limine is granted.

IT IS SO ORDERED.

Dated:   **June 21, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE