## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
FRANZ CRIEGO,

            Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:09-cv-01287 OWW

COUNTY OF FRESNO &
KENNETH TANIGUICHI,

            Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants County of Fresno and Kenneth Taniguichi and against Plaintiff Franz Criego on all plaintiff's claims, according to the verdicts of trial jury returned in open Court June 30, 2011. Defendants shall recover costs of suit.

DATED: July 1, 2011                           VICTORIA C. MINOR, Clerk

                                              /s/ RENEE GAUMNITZ
                                         By:  Renee Gaumnitz,
                                              Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com